

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2021

No. 04-21-00339-CV

In re Rolando H. **BRIONES,** II,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                  Beth Watkins, Justice
                  Lori I. Valenzuela, Justice

On August 20, 2021, we issued an order inviting the respondent to file a response to relator's petition for writ of mandamus by September 9, 2021. The respondent filed an unopposed motion requesting an extension of that deadline until September 17, 2021. After consideration, we **GRANT** the respondent's motion and **ORDER** her to file her response **by September 17, 2021**.

It is so **ORDERED** on this 9th day of September, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court